# United States District Court
## Violation Notice

CVB Location Code: MY90

**Violation Number:** 4074211
**Officer Name (Print):** MANNINL
**Officer No.:** 420

4074211

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 07/16/2015 0104
**Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code
36 CFR 423 (9)(2)

**Place of Offense:** S/B S/W Pkwy N/o RT 450

**Offense Description: Factual Basis for Charge:** HAZMAT ☐
DRIVING WHILE INTOXICATED W/A BZ LEVEL OF .08 % OR MORE

### DEFENDANT INFORMATION

**Last Name:** MARTINEZ-RODRIGUEZ
**First Name:** OSWALDO
**M.I.:** S

**Tag No.:** KEZ5320
**State:** VA
**Year:** 91
**Make/Model:** HOND/ACO
**PASS:** ☐
**Color:** BRWN

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

MA

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** _____
**Date (mm/dd/yyyy):** TBD
**Time (hh:mm):** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident